IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02302-BNB

JOHN M. MEYER, JR.,

    Plaintiff,

v.

MR. SINGH, (Individual and Official Capacity), DRDC Medical Doctor,
MR. FERGUSON, (Individual and Official Capacity), Sgt., DRDC Infirmary,
McMILLIN, (Individual and Official Capacity), Sgt., CTCF CH 3,
MS. SHOEMAKER, (Individual and Official Capacity), Director Medical, CTCF,
MR. MEIGGS, (Individual and Official Capacity), Intake Sgt., CTCF,
K. MITCHELL, (Individual and Official Capacity), Physician's Assistant (PA),
MR. HEIDENTHAL, (Individual and Official Capacity), Acting Lt., CH 3,
BETTY STOCKMANN, (Individual and Official Capacity), Acting Reg. Nurse,
JOHN DOE 1, (Individual and Official Capacity), Correctional Officer, CH 4,
JOHN DOE 2, (Individual and Official Capacity), C/O, CTCF Reception,
CORRECTIONAL HEALTH PARTNERS, (Individual and Official Capacity), Provider,
MS. BAELIN, (Individual and Official Capacity), Acting Nurse, DRDC,
MS. GOODWIN, (Individual and Official Capacity), Acting Nurse, DRDC,
DR. DARROW, (Individual and Official Capacity), Medical Doctor, CTCF, and
MS. HOEKSTRA, (Individual and Official Capacity), Physician's Assistant,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 24th day of November, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02302-BNB

John M. Meyer, Jr.
Prisoner No. 142421
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/24/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk