IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02302-PAB-KMT

JOHN M. MEYER, JR.,

       Plaintiff,

v.

MR. SINGH, (Individual and Official Capacity), DRDC Medical Doctor,
MR. FERGUSON, (Individual and Official Capacity), Sgt., DRDC Infirmary,
McMILLIN, (Individual and Official Capacity), Sgt., CTCF CH 3,
MS. SHOEMAKER, (Individual and Official Capacity), Director Medical, CTCF,
MR. MEIGGS, (Individual and Official Capacity), Intake Sgt., CTCF,
K. MITCHELL, (Individual and Official Capacity), Physician's Assistant (PA),
MR. HEIDENTHAL, (Individual and Official Capacity), Acting Lt., CH 3,
BETTY STOCKMANN, (Individual and Official Capacity), Acting Reg. Nurse,
JOHN DOE 1, (Individual and Official Capacity), Correctional Officer, CH 4,
JOHN DOE 2, (Individual and Official Capacity), C/O, CTCF Reception,
CORRECTIONAL HEALTH PARTNERS, (Individual and Official Capacity), Provider,
MS. BAELIN, (Individual and Official Capacity), Acting Nurse, DRDC,
MS. GOODWIN, (Individual and Official Capacity), Acting Nurse, DRDC,
DR. DARROW, (Individual and Official Capacity), Medical Doctor, CTCF, and
MS. HOEKSTRA, (Individual and Official Capacity), Physician's Assistant,

       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -1 2010

GREGORY C. LANGHAM
                   CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: November 29, 2010

BY THE COURT:

s/ Philip A. Brimmer
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02302-PAB-KMT

John M. Meyer, Jr.
Prisoner No. 142421
Colorado State Penitentiary
PO Box 777 - D3-11
Cañon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Correctional Health Partners

Mr. Singh, Mr. Ferguson, McMillin, Ms. Shoemaker,
Mr. Meiggs, K. Mitchell, Mr. Heidenthal, Betty Stockmann,
Ms. Baelin, Ms. Goodwin, Dr. Darrow, and Ms. Hoekstra – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Mr. Singh, Mr. Ferguson, McMillin, Ms. Shoemaker, Mr. Meiggs, K. Mitchell, Mr. Heidenthal, Betty Stockmann, Ms. Baelin, Ms. Goodwin, Dr. Darrow, and Ms. Hoekstra; to the United States Marshal Service for service of process on Correctional Health Partners: AMENDED COMPLAINT FILED 11/22/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/1/10   .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk