IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02302–PAB–KMT

JOHN M MEYER, JR.,

    Plaintiff,

v.

MR. SINGH (individual and official capacity) DRDC Medical Doctor,
MR. FERGUSON (individual his official capacity) Sgt. DRDC Infirmary,
McMILLAN (individual and official capacity) Sgt. CTCF CH3,
MS. SHOEMAKER (individual and official capacity) Director Medical CTCF,
MR. MEIGGS (individual and official capacity) Intack Srt. CTCF,
K. MITCHELL (individual and official capacity) Physicians Assistant (PA),
MR. HIEDENTHAUL (individual and official capacity) Acting Lt, CH3,
BETTY STOCKMAN (individual and official capacity) Acting Reg. Nurse,
JOHN DOE 1 (individual and official capacity) Correctional Officer CH4,
JOHN DOE 2 (individual and official capacity) C/O CTCF Reception,
CORRECTIONAL HEALTH PARTNERS (individual and official capacity) Provider,
MS. BAELIN (individual and official capacity) Acting Nurse DRDC,
MS. GOODWIN (individual and official capacity) Acting Nurse DRDC,
DR. DARROW (individual and official capacity) Medical Doctor CTCF, and
MS. HOEKSTRA (individual and official capacity) Physician Assistant,

    Defendants.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated December 1, 2010. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **May 16, 2011,** at **10:15 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 28th day of April, 2011.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge