IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02302–PAB–KMT

JOHN M MEYER, JR.,

    Plaintiff,

v.

MR. FERGUSON (individual capacity) Sgt. DRDC Infirmary,
MR. MEIGGS (individual capacity) Intack Srt. CTCF,
JOHN DOE 1 (individual and official capacity) Correctional Officer CH4,
JOHN DOE 2 (individual and official capacity) C/O CTCF Reception, and
DR. DARROW (individual and official capacity) Medical Doctor CTCF, and

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Leave to File Amended Complaint." (Doc. No. 86, filed 6/24/2011.) On June 9, 2011, accepting this court's recommendation, the District Court granted in part Plaintiff's previous Motion for Leave to File an Amended Complaint (Doc. No. 51) and ordered Plaintiff to "file a second amended complaint containing only the allegations exactly as they appear in Docket No. 51 ¶¶ 1 and 4." (Doc. No. 85 at 3.) Plaintiff's current motion proffers the factual allegations contained in paragraphs 1 and 4 of Docket No. 51, but is not a complete complaint; it does not include the allegations from the original complaint that survived the Individual Defendants' Motion to Dismiss or present Plaintiff's claims. Regardless, the Motion (Doc. No. 86) construed as a supplement to Plaintiff's Amended Complaint (Doc. No. 11) in accordance with this court's recommendation (Doc. No. 74) and the District Court's Order (Doc. No. 85), is GRANTED. Defendants shall file an answer or responsive pleading no later than July 12, 2011.

Dated: June 28, 2011.