IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02302–PAB–KMT

JOHN M MEYER, JR.,

    Plaintiff,

v.

MR. FERGUSON (individual capacity) Sgt. DRDC Infirmary,
MR. MEIGGS (individual capacity) Intack Srt. CTCF,
JOHN DOE 1 (individual and official capacity) Correctional Officer CH4,
JOHN DOE 2 (individual and official capacity) C/O CTCF Reception, and
DR. DARROW (individual and official capacity) Medical Doctor CTCF, and

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 95, filed July 18, 2011) is GRANTED. The caption shall be amended to replace Defendant John Doe 1 with Defendant Officer Luis Garcia of CDOC Central Transportation Unit and Defendant John Doe 2 with Corrections Officer Mulay.

Dated: July 25, 2011