IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02302–PAB–KMT

JOHN M MEYER, JR.,

    Plaintiff,

v.

MR. FERGUSON (individual capacity) Sgt. DRDC Infirmary,
MR. MEIGGS (individual capacity) Intack Srt. CTCF,
OFFICER LUIS GARCIA, CENTRAL TRANSPORTATION UNIT, (individual and official capacity), and
CORRECTIONS OFFICER MULAY (individual and official capacity),

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on Plaintiff's "Motion for Leave to File An Amended Complaint" (Doc. No. 107, Aug. 22, 2011). While it appears that Plaintiff seeks to add Officer Boyce as a defendant, neither Plaintiff's Motion or his proposed amended complaint detail how Officer Boyce contributed to the alleged deprivation of Plaintiff's constitutional rights. Moreover, Plaintiff's proposed amended complaint does not include any claims whatsoever, but rather features only a caption page and a page listing the parties. In addition, on the caption page, Defendant Ferguson is named as the plaintiff; Officer Jones is included as a defendant, even though Plaintiff's Motion does not detail why he or she should be added as a defendant; and Defendant Garcia is not included as a defendant, even though he was added as a defendant on July 25, 2011 (*see* Doc. No. 99). Altogether, the only thing that is clear from Plaintiff's Motion is that he seeks to remove Defendant Meiggs as a defendant.

Accordingly, Plaintiff's "Motion for Leave to File an Amended Complaint" is **DENIED without prejudice**. Plaintiff may file a renewed motion to amend no later than **September 6, 2011**. The motion shall detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach a complete proposed amended complaint to his

motion.  The proposed amended complaint must contain <u>all</u> of Plaintiff's claims and <u>all</u> of the defendants against whom she wishes to assert claims.

Dated: August 23, 2011