## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02302-PAB-KMT

JOHN M. MEYER, JR.,

     Plaintiff,

v.

MR. FERGUSON, (individual capacity) Sgt., DRDC infirmary,
MR. MEIGGS, (individual capacity) intake Sgt., CTCF,
OFFICE LUIS GARCIA, CENTRAL TRANSPORTATION UNIT (individual and
official capacity), and
CORRECTIONS OFFICER MULAY, (Individual and official capacity),

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation (Doc

#126) of Judge Philip A. Brimmer entered on September 4, 2012 it is

ORDERED that Defendants' Motion for Summary Judgment [123] is GRANTED,

and, accordingly, that final judgment is entered in favor of defendants on all of plaintiff's

remaining claims, that Plaintiff JOHN M. MEYER, JR., recover nothing, and that the

action be dismissed.

Dated at Denver, Colorado this 6th day of September, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward P, Butler
Edward P. Butler, Deputy Clerk